1464

## RECONSIDERATION DOCKET

**00–2238.   State ex rel. Goldberg v. Mahoning Cty. Probate Court.**
Mahoning App. No. 00CA129. Reported at 93 Ohio St.3d 160, 753 N.E.2d 192. On motion for reconsideration. Motion denied.

DOUGLAS, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**01–693.   State v. Liles.**
Huron App. Nos. H–00–014 and H–00–019. Reported at 93 Ohio St.3d 1409, 754 N.E.2d 258. On motion for reconsideration. Motion denied.

**01–989.   Thrower v. Akron Dept. of Hous. Appeals Bd.**
Summit App. No. 20316. Reported at 93 Ohio St.3d 1410, 754 N.E.2d 259. On motion for reconsideration. Motion denied.

**01–1012.   Ross v. Belden Park Co.**
Stark App. No. 2000CA00086. Reported at 93 Ohio St.3d 1416, 754 N.E.2d 262. On motion for reconsideration. Motion denied.

**01–1054.   Schnittker v. Ohio Dept. of Natural Resources.**
Franklin App. No. 00AP–976. Reported at 93 Ohio St.3d 1411, 754 N.E.2d 259. On motion for reconsideration. Motion denied.

**01–1058.   Colombo Ent., Inc. v. Fegan.**
Cuyahoga App. No. 78041. Reported at 93 Ohio St.3d 1411, 754. N.E.2d 259. On motion for reconsideration. Motion denied.